IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIO CASTRO,** <br> **Plaintiff** | No. 3:23cv342 |
| v. | (Judge Munley) |
| **CHRISTOPHER DEBIAS,** a law enforcement officer now or formerly working for the Borough of Hazleton, Pennsylvania, in his personal capacity only, <br> **Defendant** | |

............................................................................................................

## ORDER

**AND NOW**, this 29th day of August 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion for protective order seeking to seal and limit dissemination of police videos (Doc. 21) is **DENIED**;

2) Plaintiff's motion to take the deposition of the defendant (Doc. 23) is **DENIED**;

3) Defendant shall file the following on or before **September 19, 2024**: 1) "a separate, short and concise statement of the material facts, in numbered paragraphs, as to which the moving party contends there is no genuine issue to be tried," in compliance with the Middle District of Pennsylvania Rules of Court ("Local Rules"), M.D.PA. L.R. 56.1; 2) all video and

documentary exhibits in support of the converted motion for summary judgment; and 3) a brief in support.

4) Plaintiff shall file the following on or before **October 10, 2024**: 1) "a separate, short and concise statement of the material facts, responding to the numbered paragraphs set forth in [defendant's] statement. . ., as to which it is contended that there exists a genuine issue to be tried[,]" M.D.Pa. L.R. 56.1; 2) all video and documentary exhibits in opposition to the converted motion for summary judgment; and 3) a brief in opposition.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court