IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIO CASTRO,<br>          Plaintiff | : | No. 3:23cv342 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CHRISTOPHER DEBIAS, a law<br>enforcement officer now or formerly<br>working for the Borough of Hazleton,<br>Pennsylvania, in his personal<br>capacity only,<br>          Defendant | :<br>:<br>:<br>:<br>:<br>: | |

............................................................................................................

## ORDER

**AND NOW**, this _6_ day of November 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion for partial reconsideration, (Doc. 29), is **GRANTED** in part and **DENIED** in part;

2) Defendant's motion is **GRANTED** to the extent that defendant, in support of summary judgment, may file sealed original copies of the bodycam videos and unsealed versions muting the first and last name of the individual involved in an earlier incident with the plaintiff;

3) Defendant's motion is **DENIED** in all other respects;

4) Defendant shall file the following on or before **November 22, 2024**: 1) "a separate, short and concise statement of the material facts, in numbered

paragraphs, as to which the moving party contends there is no genuine issue to be tried," in compliance with the Middle District of Pennsylvania Rules of Court ("Local Rules"), M.D.PA. L.R. 56.1; 2) all video and documentary exhibits in support of the converted motion for summary judgment; and 3) a brief in support; and

5) Plaintiff shall file the following on or before **December 13, 2024**: 1) "a separate, short and concise statement of the material facts, responding to the numbered paragraphs set forth in [defendant's] statement. . ., as to which it is contended that there exists a genuine issue to be tried[,]" M.D.PA. L.R. 56.1; 2) all video and documentary exhibits in opposition to the converted motion for summary judgment; and 3) a brief in opposition.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court