IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO CASTRO,<br>    **Plaintiff**<br><br>v.<br><br>CHRISTOPHER DEBIAS, a law enforcement officer now or formerly working for the Borough of Hazleton, Pennsylvania, in his personal capacity only,<br>    **Defendant** | No. 3:23cv342<br><br>(Judge Munley) |

## ORDER

**AND NOW**, this 12th day of March 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Christopher Debias's motion for summary judgment (Doc. 6) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court